IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

___

## ORDER
___

This matter is before me on the plaintiff's **Motion for an Order Compelling Discovery** (the "Motion"), filed June 14, 2005. The plaintiff seeks an order compelling the defendant to respond to his written discovery requests and to provide rule 26(a)(1) disclosures. The plaintiff seeks sanctions in the amount of $1,000.00 based on the defendant's alleged failure to provide the discovery. The record demonstrates that the defendant timely provided the requested discovery materials. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge