IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to be Allow** [sic] **to Submit Declarations to Inmates with Personal Knowledge of Assault/Fight Incident [etc.]** (the "Motion"), filed July 8, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The plaintiff may obtain declarations from not more than five inmates who have personal knowledge of the assault/fight incident at issue in this case. The inmates providing declarations shall complete their declarations and provide them to Chris Synsvoll of the Federal Correctional Complex legal services on or before **October 3, 2005**. Mr. Synsvoll shall have three business days after receipt of any declaration submitted pursuant to this order to review the declaration for security matters. Upon the expiration of the three business days, Mr. Synsvoll shall either (1) give the declaration to the plaintiff or (2) file a motion to withhold the declaration from the plaintiff.

Dated August 4, 2005.

                                      BY THE COURT:

                                      /s/ Boyd N. Boland
                                      United States Magistrate Judge