IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Transcript of Hearing Set August 4, 2005 in Courtroom A-401** (the "Motion"), filed August 9, 2005. The plaintiff requests that the defendant be ordered to provide him with a transcript of the hearing held on August 4, 2005. The plaintiff does not state the purpose for which he is requesting the transcript. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated August 17, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge