IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

_____

## ORDER
_____

This matter is before me on the **Plaintiff's Motion for Order to Compelling** [sic] **Discovery Under Federal Rules of Civil Procedure Rule 37(c):** (the "Motion"), filed August 10, 2005. The plaintiff seeks an order compelling the defendants to produce certain documents in response to a request for production of documents. He further seeks sanctions against the defendant in the amount of $!,000.00 for failing to produce the documents.

The request for production is not attached to the Motion, nor does the plaintiff set forth verbatim his requests and the defendants' responses to those requests. Local rule of practice 37.1, D.C.COLO.LCivR, specifies the form of discovery motions as follows:

> A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories
> or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto
> shall set forth verbatim the interrogatory, request, and response to
> which the motion is directed.

This is an important requirement. I cannot rule on a motion to compel in an informed manner unless I know precisely what was asked for in the disputed discovery and precisely what the response to the request was. The importance of the local rule is made clear in this case, where

the defendant asserts that it has twice contacted the plaintiff in an attempt to understand his discovery concerns.[1]

IT IS ORDERED that the Motion is DENIED for failure to comply with the requirements of D.C.COLO.LCivR 37.1.

IT IS FURTHER ORDERED that the plaintiff's request for sanctions is DENIED.

Dated October 12, 2005.

                              BY THE COURT:

                              /s/ Boyd N. Boland
                              United States Magistrate Judge

---

[1] The defendant further asserts that it is conducting a reasonable search to identify and produce responsive documents.