IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for an Order Pursuant to Federal Rules Civil Procedure 30(A)(2) Deposition Upon Oral Examination:** (the "Motion"), filed October 19, 2005.  The plaintiff, citing Rule 30(a)(2) of the Federal Rules of Civil Procedure, seeks an order allowing him to take the depositions of prisons officials and inmates.

Rule 30(a)(2) provides that "[a] party must obtain leave of court . . . if the person to be examined is confined in prison."  Therefore, Rule 30(a)(2) does not apply to the extent the plaintiff seeks to depose prison officials.

Moreover, the plaintiff does not specifically request that the Court pay for the costs of the requested depositions although he is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.  To the extent the plaintiff is asking the Court to pay the costs of the requested depositions, I will consider the plaintiff's request only if I am satisfied that the request is reasonable.  See Burgess v. Andrews, 657 F. Supp. 1153, 1157 (W.D. N.C. 1987).  Here, the plaintiff has failed to demonstrate that he is unable to obtain relevant and necessary information through written

discovery, and I find that the depositions are not necessary or reasonable. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated October 20, 2005.

                                    BY THE COURT:

                                    /s/ Boyd N. Boland
                                    United States Magistrate Judge