IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.

_____

## ORDER
_____

This matter is before me on the following motions (the "Motions"):

(1) **Defendant's Motion for an Order Pursuant to Fed.R.Civ.P. 30(a)(2) Permitting Deposition of Incarcerated Plaintiff**, filed October 12, 2005;

(2) **Defendant's Request for Order Pursuant to Fed.R.Civ.P. 30(a)(2)**, filed November 7, 2005; and

(3) **Defendant's Motion for Extension of Discovery Cutoff and Deadline for Summary Judgment Motions**, filed October 14 2005.

The defendant seeks leave to depose the plaintiff pursuant to Fed. R. Civ. P. 30(a)(2). The plaintiff opposes the request. I ordered the plaintiff to respond to the motion on or before November 3, 2005, but no response has been received. Accordingly, the defendant's request to depose the plaintiff under Rule 30(a)(2) is GRANTED.

The discovery deadline in this case was November 1, 2005, and the dispositive motion deadline is December 1, 2005. Because the discovery deadline expired during the plaintiff's

response time, the defendant seeks thirty day extensions of the discovery deadline and the dispositive motion deadline in order to take the plaintiff's deposition. These requests are GRANTED. The discovery deadline is extended to December 8, 2005, for the sole purpose of permitting the deposition of the plaintiff to occur. The dispositive motions deadline is extended to January 9, 2006.

IT IS ORDERED that the Motions are GRANTED.

IT FURTHER IS ORDERED that the discovery deadline is extended to **December 8, 2005**, for the sole purpose of permitting the deposition the plaintiff to occur, and the dispositive motion deadline is extended to **January 9, 2006**.

Dated November 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland  
United States Magistrate Judge