IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00270-WDM-BNB

MAURICE JAMES BUSH,

Plaintiff,

v.

UNITED STATE OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for An Order Pursuant to Federal Rules Civil Procedure 45(A)(c) Subpoena Requests All Documents From Prison Officials of Incident on February 22, 2002** [Doc. # 138, filed 10/20/05] (the "Motion"). The plaintiff claims that prison officials are withholding materials in this case. *Motion*, pp. 1-2, ¶ 1. The plaintiff seeks "all documents, books, statements, memorandums, etc. surrounding plaintiff's civil action case to be inspected at a time and place." Id. at p. 2, ¶ 2. The plaintiff requests that he be permitted to subpoena the materials pursuant to Rule 45 of the Federal Rules of Civil Procedure.

The plaintiff does not identify the materials he seeks with any specificity, nor does he make any showing that the materials are relevant to his case. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated May 24, 2006.

>BY THE COURT:
>
>s/ Boyd N. Boland
>United States Magistrate Judge